# EXHIBIT B

EXHIBIT 2

US6891633 vs Workday

| Claim | Workday (The accused product) |
|---|---|
| 19. A method for transferring information from a first medium, the method comprising the steps of: | The accused product practices a method for transferring information (e.g., image of a paper order form) from a first medium (e.g., paper receipt).<br><br><br><br>https://play.google.com/store/apps/details?id=com.workday.workdroidapp&hl=en_IN&gl=US |

EXHIBIT 2

WHAT YOU CAN DO

# Make expense reporting a breeze.

Workday Expenses brings together a user-friendly experience with enterprise-grade functionality. We empower your people to submit and approve expenses in a way that works for them, while giving you the ability to set controls and analyze spend.

https://www.workday.com/en-us/products/spend-management/expenses.html

**KEY CAPABILITIES**

- Mobile expense entry and approval
- Receipt scanning
- Full audit and control
- Embedded reporting and analytics
- Global support
- Timely reimbursement

### Manage Expenses on the Go

Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device.

Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine learning to accurately read and interpret receipt data, while allowing for improved accuracy over time.

https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf

EXHIBIT 2



No one likes entering every expense item by item. Or having to log in to submit a report. That's why we created an expense reporting solution that makes the whole process easy, in the office and on the go.

Take a picture of a receipt.

Workday automatically creates the expense item with the help of machine learning. Over time, the system gets smarter, making expense entry even easier.

Submit expenses in natural workspaces.

If your employees use Slack or Microsoft Teams, they can enter expenses in these applications directly—no need to log in to Workday.

https://www.workday.com/en-us/products/spend-management/expenses.html

EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

| | |
|---|---|
| Providing an image transfer device having a scanner for reading an image on the first medium; | The method for transferring information (e.g., image of the paper order form) from a first medium (e.g., paper receipt) provides an image transfer device (e.g., smartphone) having a scanner (e.g., camera of the smartphone) for reading an image on the first medium. |

EXHIBIT 2

Manage Expenses on the Go

Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device.

Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine learning to accurately read and interpret receipt data, while allowing for improved accuracy over time.

https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf

EXHIBIT 2

No one likes entering every expense item by item. Or having to log in to submit a report. That's why we created an expense reporting solution that makes the whole process easy, in the office and on the go.

Take a picture of a receipt.

Workday automatically creates the expense item with the help of machine learning. Over time, the system gets smarter, making expense entry even easier.

Submit expenses in natural workspaces.

If your employees use Slack or Microsoft Teams, they can enter expenses in these applications directly—no need to log in to Workday.

https://www.workday.com/en-us/products/spend-management/expenses.html



EXHIBIT 2



https://www.youtube.com/watch?v=uHqóDU3hFwg

| | |
|---|---|
| reading the image on the first medium with the scanner; | The method for transferring information from a first medium reads the image on the first medium with the scanner. |

EXHIBIT 2

Manage Expenses on the Go

Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device.

Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine learning to accurately read and interpret receipt data, while allowing for improved accuracy over time.

https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf

EXHIBIT 2

No one likes entering every expense item by item. Or having to log in to submit a report. That's why we created an expense reporting solution that makes the whole process easy, in the office and on the go.

<u>Take a picture of a receipt.</u>

Workday automatically creates the expense item with the help of machine learning. Over time, the system gets smarter, making expense entry even easier.

Submit expenses in natural workspaces.

If your employees use Slack or Microsoft Teams, they can enter expenses in these applications directly—no need to log in to Workday.

https://www.workday.com/en-us/products/spend-management/expenses.html



EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

| automatically uploading electronic data including at least a portion of an image transfer menu to be | On information and belief, the accused product automatically uploads electronic data including at least a portion of an image transfer menu (e.g., the application will allow the user to enter/edit the Date, Expense item, Amount, Currency, etc. corresponding to the scanned image) to be displayed by the image transfer device (e.g., smartphone) to the transfer device from a computer (e.g., this information will be sent from a Workday server) connected to the transfer device.

As shown below, the application allows entering/editing the Date, Expense item, Amount, Currency, etc. corresponding to the scanned image of the paper form. On information and belief, this option is sent from a server to |

EXHIBIT 2

| | |
|---|---|
| displayed by the image transfer device to the transfer device from a computer connected to the transfer device; | the application on the smartphone.<br><br>**Manage Expenses on the Go**<br><br>Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device.<br><br>Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine learning to accurately read and interpret receipt data, while allowing for improved accuracy over time.<br>https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |

EXHIBIT 2

No one likes entering every expense item by item. Or having to log in to submit a report. That's why we created an expense reporting solution that makes the whole process easy, in the office and on the go.

Take a picture of a receipt.

Workday automatically creates the expense item with the help of machine learning. Over time, the system gets smarter, making expense entry even easier.

Submit expenses in natural workspaces.

If your employees use Slack or Microsoft Teams, they can enter expenses in these applications directly—no need to log in to Workday.

https://www.workday.com/en-us/products/spend-management/expenses.html



EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

| with a processor of the image transfer device, automatically | On information and belief, the accused product utilizes a processor (e.g., processor present in the smartphone) of the image transfer device to automatically merge the electronic data (e.g., Date, Expense item, Amount, Currency, etc., entered by a user) with the image (e.g. paper form receipt image) read by the scanner (e.g., camera of the smartphone). |
| | The accused product must merge the particular Date, Expense item, Amount, Currency, etc. with the image uploaded. |

EXHIBIT 2

| merging the electronic data with the image read by the scanner; and | Manage Expenses on the Go |
|---|---|
| | Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device. |
| | Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine-learning to accurately read and interpret receipt data, while allowing for improved accuracy over time. |
| | https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |

EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

| | |
|---|---|
| transferring the merged image by the transfer device to a second | On, information and belief, the accused product must merge the paper form image and Date, Expense item, Amount, Currency, etc. and convert said the combined data to a medium appropriate for transmittal over the internet to a server. |

EXHIBIT 2

| medium. | Manage Expenses on the Go |
| --- | --- |
| | Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device. |
| | Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine-learning to accurately read and interpret receipt data, while allowing for improved accuracy over time. https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |

EXHIBIT 2



EXHIBIT 2



https://www.youtube.com/watch?v=uHq6DU3hFwg

EXHIBIT 2

| | |
|---|---|
| | **Effectively Monitor and Control Spend** <br><br> Eliminate manual paper processes and easily configure expense workflows and approvals. You can also implement spend authorizations and spend freezes to plan for, control, or halt spending. Every transaction is recorded for audit transparency, and embedded analytics helps inform manager approvals and administrative decisions. <br><br> https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |
| 20. A method in accordance with claim 19, wherein the electronic data uploaded from the computer to the image transfer device stays with the image transfer device after the computer is disconnected from the image transfer device. | Upon information and belief, the electronic data (e.g., Date, Expense item, Amount, Currency, etc. related to the paper form receipt) uploaded from the computer (e.g., Workday server) to the image transfer device (e.g., user's smartphone) stays with the image transfer device (e.g., cache of the user's smartphone) after the computer is disconnected from the image transfer device. <br><br> **Manage Expenses on the Go** <br><br> Workday offers an easy-to-use, consumer web-like application, as well as an intuitive mobile experience that allows you to submit and approve expenses on the go from any device. <br><br> Employees can also scan receipts on their mobile device to automatically populate data on mobile expense reports. Our proprietary optical character recognition (OCR) technology uses machine learning to accurately read and interpret receipt data, while allowing for improved accuracy over time. <br><br> https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |

EXHIBIT 2



EXHIBIT 2



https://www.youtube.com/watch?v=u1lq6DU3hFwg

EXHIBIT 2

|  | Effectively Monitor and Control Spend |
|--|---|
|  | Eliminate manual paper processes and easily configure expense workflows and approvals. You can also implement spend authorizations and spend freezes to plan for, control, or halt spending. Every transaction is recorded for audit transparency, and embedded analytics helps inform manager approvals and administrative decisions. |
|  | https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-expenses.pdf |