# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SAPPHIRE CROSSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-00479-MN-CJB |
| v. | **TRIAL BY JURY DEMANDED** |
| **WORKDAY, INC.,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Now comes Plaintiff, Sapphire Crossing LLC and Defendant, Workday, Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant Workday, Inc. in the within action With Prejudice with each party bearing their own costs and fees.

Defendant voluntarily dismisses all of its counterclaims asserted against Plaintiff Sapphire Crossing LLC in the within action Without Prejudice with each party bearing their own costs and fees.

Dated: September 27, 2021

| | |
|---|---|
| CHONG LAW FIRM PA | FISH & RICHARDSON P.C. |
| */s/ Jimmy Chong* | */s/ Jeremy D. Anderson* |
| Jimmy Chong (#4839) | Jeremy D. Anderson (#4515) |
| 2961 Centerville Road, Suite 350 | 222 Delaware Ave., 17th Floor |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| Telephone: (302) 999-9480 | (302) 652-5070 (Telephone) |
| Facsimile: (302) 800-1999 | (302) 652-0607 (Facsimile) |
| Email: chong@chonglawfirm.com | janderson@fr.com |
| | |
| ATTORNEY FOR PLAINTIFF | Neil J, McNabnay |
| | Ricardo Bonilla |
| | Aaron P. Pirouznia |
| | Adil A. Shaikh |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | (214) 747-5070 (Telephone) |
| | (214) 747-2091 (Facsimile) |
| | mcnabnay@fr.com |
| | rbonilla@fr.com |
| | pirouznia@fr.com |
| | shaikh@fr.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

**SO ORDERED** this 27th day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge